No. 1014. GREEN ET AL. v. GREEN ET AL. The motion of petitioners to dispense with the printing of the petition for writ of certiorari and to incorporate prior record is granted. Motion for extension of time to file trial record denied. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied. *Arthur W. Sprague* for petitioners. *August F. Brandt* for respondents.

No. 812, Misc. BONDS v. ELLIS, GENERAL MANAGER, TEXAS PRISON SYSTEM;

No. 819, Misc. CORNELIOUS v. NEW YORK; and

No. 825, Misc. JORDAN v. SMYTH, SUPERINTENDENT, VIRGINIA STATE PENITENTIARY. Motions for leave to file petitions for writs of habeas corpus denied.

No. 837. LOCAL UNION No. 698, RETAIL CLERKS' UNION (A. F. OF L.) v. ANDERSON ET AL., DOING BUSINESS AS WEST POINT MARKET. Supreme Court of Ohio. Certiorari denied. *Robert E. Shuff, S. G. Lippman* and *Joseph E. Finley* for petitioner. *Stanley Denlinger* and *C. C. Lipps* for respondents.

No. 1003. ATLANTA PRINTING PRESSMEN & ASSISTANTS UNION No. 8, INTERNATIONAL PRINTING PRESSMEN & ASSISTANTS' UNION OF NORTH AMERICA, AFL–CIO, v. PARKS, DOING BUSINESS AS AMERICAN BOX & PAPER CO. C. A. 5th Cir. Certiorari denied. *Herbert S. Thatcher* for petitioner.